**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| KRISTOPHER BEAVER | § | |
| | § | |
| *versus* | § | CASE NO. 9:25-CV-272-MAC |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES**

Before the court is the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (#15). The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. The magistrate judge entered a Report and Recommendation in which she recommended that the court grant the Plaintiff's application. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation Regarding Attorney Fees is **ADOPTED**. Plaintiff's application for attorney's fees (#15) is **GRANTED**, and the Commissioner of Social Security shall pay Kristopher Beaver, in care of his attorney, Ida M. Comerford, attorney fees in the amount of $7,837.97 pursuant to the Equal Access to Justice Act plus court costs in the amount of $405.00. Payment should be mailed to: Kristopher Beaver, in care of his attorney,

Ida M. Comerford Injury & Disability Law, 6000 N. Bailey Ave., Suite 1A, Amherst, New York 14226.

It is further **ORDERED** that this award is subject to any beneficial, contractual and/or assignment-based interests held by Plaintiff's attorney. If successful at the administrative level, the Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

SIGNED at Beaumont, Texas, this 14th day of September, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE